IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CHARLES WHITE, on his own
behalf and others similarly situated                                                              PLAINTIFFS

V.                                                                              CAUSE NO.: 4:11CV007-SA-JMV

NTC TRANSPORTATION, INC., et al.                                                                 DEFENDANTS

ORDER ON MOTIONS

Pursuant to a Memorandum Opinion issued this day, Plaintiff's Motion for Summary Judgment [129] is GRANTED IN PART and DENIED IN PART. This determination effectively DENIES Defendant's Motion for Partial Summary Judgment [49]; DENIES Defendants' Motion for Summary Judgment [81]; and TERMINATES Plaintiffs' Motion to Deny Motion as Premature [85] and Plaintiffs' Motion to Strike Reply Brief [56].

SO ORDERED, this the 27th day of September, 2013.

                                                                                      /s/ Sharion Aycock        
                                                                                      **U.S. DISTRICT JUDGE**