**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

CHARLES WHITE, on his own
behalf and others similarly situated                                                                  PLAINTIFFS

V.                                                                                  CAUSE NO.: 4:11CV007-SA-JMV

NTC TRANSPORTATION, INC., et al.                                                              DEFENDANTS

## **ORDER**

Pursuant to the Memorandum Opinion issued this day, Defendants' Motion for Decertification [131] is DENIED. Additionally, Plaintiffs' Motion for Bifurcation [155] and Motion for Representative Testimony [161] are GRANTED. The Court finds Plaintiffs are similarly situated for purposes of § 216(b) collective action certification.

SO ORDERED on this, the 31st day of October, 2013.

                                                                      /s/ Sharion Aycock_____
                                                                      **UNITED STATES DISTRICT JUDGE**