**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

CHARLES WHITE, on his own
behalf and others similarly situated                                                                          PLAINTIFFS

V.                                                                                                CAUSE NO.: 4:11CV007-SA-JMV

NTC TRANSPORTATION, INC., et al.                                                                        DEFENDANTS

**ORDER STAYING ACTION
BY REASON OF BANKRUPTCY PENDING**

The Court has received notice of bankruptcy proceedings instituted by Defendants Jackie Netterville, Evelyn Netterville, and NTC Transportation, Inc. Therefore, this action is hereby stayed, and the Court retains complete jurisdiction to vacate this order and to reopen the action upon motion of either party advising that the bankruptcy proceedings have been closed and that further litigation in this Court is necessary.

SO ORDERED on this, the 13th day of November, 2013.

                                                                 /s/ Sharion Aycock
                                                       **UNITED STATES DISTRICT JUDGE**